UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOHN DOE,**

      **Plaintiff,**

v.                                            Case No.: 8:24-cv-01587-MSS-NHA

**FLORIDA COLLEGE, INC., et. al,**

      **Defendants.**

_____/

**DEFENDANTS' DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

   ☐ No.

   ☒ Yes, and

       ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

       ☐ The filer has no parent corporation.

       ☒ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

   ☒ No.

   ☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☐ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

    ☐ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

 f. Has the filer identified any natural person?

    ☐ No.

    ☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐ No.

  ☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    a. John Doe, Plaintiff

    b. Fabiola A. Galguera, counsel for Plaintiff

    c. Nachtlaw, P.C., Plaintiff's law firm

    d. Eric F. Long, counsel for Plaintiff

    e. Tyler J. Walchanowicz, counsel for Plaintiff

    f. Friedman Nemecek Long & Grant, L.L.C., Plaintiff's law firm

    g. Florida College, Inc., d/b/a Florida College, Defendant

    h. Mike Benson, Defendant

      i. John Weaver, Defendant

      j. Todd Chandler, Defendant

      k. Buddy Payne, Defendant

      l. John Roes 1-5, Defendants

      m. Gregory A. Hearing, counsel for Defendants

      n. Kevin M. Sullivan, counsel for Defendants

      o. Bush Graziano Rice & Hearing, P.A., counsel for Defendants

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒ No.

    ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒ No.

    ☐ Yes, and the debtor is [].

    ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒ No.

    ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

    ☒ No.

    ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    ☒ Yes.

DATED: December 20, 2024.

                Respectfully submitted,

                *s/Gregory A. Hearing*
                GREGORY A. HEARING
                Lead Counsel
                Florida Bar No.: 817790
                KEVIN M. SULLIVAN
                Florida Bar No. 1003812
                Bush Graziano Rice & Hearing, P.A.
                100 S. Ashley Drive, Suite 1400
                Tampa, Florida, 33602
                Tel: (813) 228-7000
                Fax: (813) 273-0091
                Primary: ghearing@bgrhlaw.com; ksullivan@bgrhlaw.com
                Secondary: mmcleod@bgrhlaw.com; arobbins@bgrhlaw.com

                Attorneys for Defendants Florida College, Inc., Mike Benson, John Weaver, Todd Chandler, and Buddy Payne