UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BO ROBINSON,**

      **Plaintiff,**

v.                                              Case No.: 8:24-cv-01587

**FLORIDA COLLEGE, INC., et. al,**

      **Defendants.**

_____/

**NOTICE OF MEDIATION**

Pursuant to the Case Management and Scheduling Order (Dkt. 31), Defendants, FLORIDA COLLEGE, INC., MIKE BENSON, JOHN WEAVER, TODD CHANDLER, and BUDDY PAYNE ("Defendants"), by and through their undersigned attorneys, hereby give notice to the Court that the mediation will take place on July 10, 2025, beginning at 9:00 a.m., before Mediator, Joseph Varner, at the office of Holland & Knight, 100 North Tampa Street, Suite 4100, Tampa, Florida.

Dated this 9th day of January, 2025.

                                                Respectfully submitted,

                                                *s/ Kevin M. Sullivan*_____
                                                GREGORY A. HEARING
                                                Florida Bar No. 817790
                                                SACHA DYSON
                                                Florida Bar No. 509191
                                                KEVIN M. SULLIVAN
                                                Florida Bar No. 1003812
                                                Bush Graziano Rice & Hearing, P.A.
                                                100 South Ashley Drive, Suite 1400
                                                Tampa, Florida 33602

Tel: (813) 228-7000
Fax: (813) 273-0091
Primary: ghearing@bgrhlaw.com;
sdyson@bgrhlaw.com
ksullivan@bgrhlaw.com
Secondary: mmcleod@bgrhlaw.com;
arobbins@bgrhlaw.com
Attorneys for Defendants