UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BO ROBINSON,

      **Plaintiff,**

v.                                              Case No.: 8:24-cv-01587-MSS-NHA

FLORIDA COLLEGE, INC., et. al.,

      **Defendants.**
_____/

**DEFENDANTS' UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR INJUNCTIVE AND OTHER RELIEF**

Defendants, FLORIDA COLLEGE, INC. d/b/a FLORIDA COLLEGE, FLORIDA COLLEGE BOARD OF DIRECTORS, MIKE BENSON, JOHN WEAVER, TODD CHANDLER, and BUDDY PAYNE (collectively "Defendants"), by and through their undersigned counsel, request that the Court extend the deadline for Defendants to answer Plaintiff's, BO ROBINSON ("Plaintiff"), Second Amended Complaint for Injunctive and Other Relief (Dkt. No. 32; Second Amended Complaint) and state the following:

1. On March 24, 2025, the Court entered an Order denying Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint. (Dkt. No. 43). The deadline for Defendants to answer the Second Amended Complaint was due within twenty-one (21) days of the date of the Order. Defendant's answer to the Second Amended Complaint was due April 14, 2025.

2. On April 10, 2025, Defendants filed an Unopposed Motion for Extension of Time to File Answer to Plaintiff's Second Amended Complaint for Injunctive and Other Relief. (Dkt. No. 46).

3. On April 11, 2025, the Court granted Defendant's first Unopposed Motion for Extension of Time. (Dkt. No. 47). Defendants' answer to the Second Amended Complaint is due April 28, 2025.

4. Defendants need additional time to prepare their answer due to other professional obligations and request a brief extension of time of ten (10) days (i.e., up to and including May 8, 2025) to file and serve their answer to the Second Amended Complaint.

5. This motion is made in good faith and not for the purpose of undue delay. In addition, the brief extension will not prejudice Plaintiff in any way, and Plaintiff does not oppose the relief requested in this Motion.

### MEMORANDUM OF LAW

Federal Rules of Civil Procedure 6(b) allows the Court to grant an extension of time upon the showing of good cause. Based upon the foregoing, Defendants respectfully suggests that they have shown good cause why additional time should be granted to them for filing an answer to Plaintiff's Second Amended Complaint.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that counsel for Defendants have conferred with counsel for Plaintiff and Plaintiff does not oppose the relief requested herein.

## **CONCLUSION**

Defendants, FLORIDA COLLEGE, INC. d/b/a FLORIDA COLLEGE, FLORIDA COLLEGE BOARD OF DIRECTORS, MIKE BENSON, JOHN WEAVER, TODD CHANDLER, and BUDDY PAYNE, respectfully request that the Court grant Defendants an extension of time, up to and including May 8, 2025, to respond to Plaintiff's Amended Complaint for Injunctive and Other Relief.

DATED: April 28, 2025.

          Respectfully submitted,

          ***/s/ Gregory A. Hearing***
          GREGORY A. HEARING
          Florida Bar No. 817790
          SACHA DYSON
          Florida Bar No. 509191
          FRANK E. BROWN
          Florida Bar No. 734969
          BUSH GRAZIANO RICE & HEARING, P.A.
          100 South Ashley Drive, Suite 1400
          Tampa, Florida 33602
          Tel: (813) 228-7000
          Fax: (813) 273-0091
          Primary: ghearing@bgrhlaw.com;
          sdyson@bgrhlaw.com;
          fbrown@bgrhlaw.com
          Secondary: mmcleod@bgrhlaw.com;
          arobbins@bgrhlaw.com;
          nhearing@bgrhlaw.com

          Attorneys for Defendants Florida College, Inc., Mike Benson, John Weaver, Todd Chandler, and Buddy Payne

3