UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BO ROBINSON,

    Plaintiff,

v.   Case No. 8:24-cv-01587-MSS-NHA

FLORIDA COLLEGE, INC., et al.,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's December 10, 2024 Case Management and Scheduling Order [DE 31], the mediation occurred on July 10, 2025. All parties and counsel appeared as ordered, and the parties reached a settlement.

Respectfully submitted,

*/s/ Joseph H. Varner, III*
Signature of Mediator

Joseph H. Varner, III
Florida Bar 394904
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
Tampa, FL 33602
Telephone: (813) 227-6703
joe.varner@hklaw.com
Secondary: gloria.mcknight@hklaw.com